# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**'11 - CV - 02172**

Civil Action No. _____
(To be supplied by the Clerk)

| | |
|---|---|
| AZAEL DYTHIAN PERALES et al., ) | |
| ) | |
| Plaintiff,s ) | |
| ) | **Application for Writ of Habeas Corpus** |
| V. ) | |
| ) | **FILED** |
| U.S. Internal Revenue Service et al., ) | UNITED STATES DISTRICT COURT |
| United States Of America et al., ) | DENVER, COLORADO |
| U.S. Federal Bureau Of Investigation et al., ) | |
| ) | AUG 1 9 2011 |
| Stacia Hylton , Christopher Dudley,T. Michael Earp, ) | |
| Albert Najera, David M. Singer, Donald O' Keefe ) | **GREGORY C. LANGHAM** |
| Leon E. Panetta,John Chiang – CA-State Controller,) | CLERK |
| City of Anaheim et.al.,Tom Tait,Harry S. Sidhu, ) | |
| Lori Galloway, Gail Eastman, Chris Murray, ) | |
| Orange County Board of Supervisors et al.,) | |
| Bill Campbell - John M. W. Moorlach – ) | |
| Janet Nguyen ,Patricia C. Bates, Albert Hemphill , ) | |
| Gerald Auerbach , Darla Callaghan , Lisa Davis ) | |
| Shari L. Freidenrich, Sylvester Jones, ) | |
| Orange County's Sheriffs Department et al., ) | |
| Sandra Hutchens, Jerry L. Demings-County of ) | |
| Orange-Florida Sheriff's Department, ) | |
| Edmund G. Brown, Pamela Harris,Laura J. Ander - ) | |
| Son, Mike Howland, Sandra Hughes, ) | |
| Loree Levy, Dennis Petrie, Gregory M. Riggs, ) | |
| Talbott Smith, Sheila F. Hanson- Supervising Judge, ) | |
| Tom Mauk - Orange County CEO , Leslie Moonves- ) | |
| CBS President & CEO, Jeff Zucker – President & ) | |
| CEO NBC Universal et al., Ben Sherwood , ) | |
| Edward Noble,Robert Iger ,Anne Sweeney ) | |
| David Westin,Paul Lee, Diane Sawyer, ) | |
| Greg Berlanti , Brian Douglas Williams, ) | |
| George Bodenheimer , Katie Couric , ) | |
| United States of America, et.al ) | |
| Barack H. Obama, Hillary R. Clinton, ) Petition for | |
| Robert S. Mueller, Eric H. Holder, ) Attachment to Cases No. 1:11-cv-22833-JEM | |
| ) 2:2011-cv-01621- LKK-GGH | |
| ) | |
| 'Scott Rolstad , William Fallon',''''''''''''''''''''' ) SACV11-824-JVS(AGR, FL895849 | |
| Dr. John McLaughlin, ) SACV11- 824 JVS (AGR) | |
| ) 4:11-cv-00113-FRZ- (GEE,) | |
| William Snelson, Shannon Brown , ) CV-113 –TUC-FRZ | |
| (GEE) ) | |

1

| | |
|---|---|
| Candra Symonds, Eben Morales )<br>)<br>)<br>)<br>)<br>)<br>)<br>Terry O'Neill - President - National Organization )<br>For Women, )<br>Bonnie Grabenhofer - Executive Vice President – )<br>National Organization for Women, )<br>Allendra Letsome- Membership Vice President- )<br>National Organization for Women, )<br>Erin Matson, Action Vice President- )<br>National Organization for Women, )<br>Timothy Geithner ,Joseph R. Biden, )<br>Robert Michael Gates , )<br>William Westwood "Bill" Lockyer, )<br>Barbara Boxer, Dianne Feinstein, )<br>Nancy Pelosi, Patrick Leahy, Ben S. Bernanke, )<br>Don Bankhead, Michael Sellers, )<br>Arnold Schwarzenegger, John A. Perez, )<br>Shawn Nelson, Chris Norby , Mimi Walters, )<br>Art Brown, Tom Monson, John O' Colvin, )<br>Matthew S. Petersen , Michael Prout, )<br>Mark Sullivan, Deborah Bowen, Michael Steele, )<br>Tim Kaine, Hazel Cash , Carol Bartz-CEO Yahoo Inc. )<br>Roy Bostock, Patti Hart, Sue James, Vyomesh Joshi,)<br>David Kenny, Aurthur Kern, Brad Smith, )<br>Gary Wilson, Jerry Yang, Larry Page, Sergell Brin , )<br>Eric E. Schmidt, L. John Doerr, Charles L. Overby, )<br>Louis D. Boccardi , Kathy Calvin, Steve Capus, )<br>Margret Carlson, Shelby Coffey , Michael Coleman, )<br>Michael G. Gartner, Gary L. Ginsberg, Leslie Hill, )<br>Malcolm R. Kirsch, Jon Stewart, Ann Moore, )<br>Rupert Murdoch, Ted Turner , Brian Lamb, )<br>Susan N. Herman- President of the ACLU, )<br>Paula A. Kerger- President & CEO of PBS, )<br>Steven Allan Spielberg, George Walton Lucas, )<br>Ray Mabus U.S. Secretary of the Navy, )<br>John McHugh  U.S. Secretary of the Army, )<br>Admiral Mike Mullen – Hon. Chairman Joint Chiefs )<br>of  Staff , Randall Baumberger, Brad Globe, )<br>Amy Pascal, Chris Lee, Ray Mabus, Dennis Maguire )<br>Paul Raibourn, Don Hewitt, Ken Howard- President- )<br>Of the Screen Actors Guild,Christopher J. Dodd- )<br>Chairman & CEO of The Motion Picture Association )<br>Of America , Joseph Aloisius Ratzinger dba Pope - )<br>Benedict XVI,Bishop Tod D. Brown, )<br>Deacon Paul J. Sullivan, Richard John Garcia, )<br>Sylvester Donovan Ryan, Patrick Joseph McGrath, )<br>George Hugh Niederauer,Thomas A. Daly, )<br>Rev. Msgr. Francis V. Cilia,Rev. Brendan McGuire, )<br>The Most Reverend  Jaime Soto, )<br>Msgr. James Murphy, Father Robert Presutti, ) | Utah Supreme Court, Supreme Court of ,<br>Florida , SACV11-00201 JVS(AGR),<br>1:10-CV-244,10-4558,SACV10-00542-<br>DOC-MLG,10-8040, Intl. Criminal Courts<br>U.S. Supreme Court , U.S. Court of The<br>Federal Claims, 3:10-CV-2621-B (BK)<br>SACV10 -1250 JVS (AGR),<br>8:10-cv-00542,8:2010cv01138,<br><br>8:2009cv00743 & California<br>Employment Development Department et al.,<br>State Case No.  07ED27654 &<br><br><br><br><br><br>U.S. Court of Appeals for the 1st , 2nd,<br>3rd , 4th, 5th, 6th, 7th, 8th, 9th, 10th & 11th<br>Circuits , U.S. Judicial Panel on Multi-<br>District Litigation , U.S. Tax Court &<br>SACV10-1772 (AGR), 10- 1845,<br>& 10-4558 |

The Most Reverend Salvatore J. Cordileone –   )
Bishop of Oakland , Most Rev. George H. Niederauer,)
The Most Reverend Bishop Robert H. Brom,   )
Cardinal Roger Michael Mahony is Archbishop-   )
 Emeritus of Los Angeles , Archbishop Jose H. -   )
 Gomez,   )
U.S. House Of Representatives: Roman Catholic –   )
Robert J. Cohen - Executive Director Legal Aid   )
Society of Orange County   )
Jesuit Priest Patrick Conroy,   )
Daniel K. Inouye,Harry Reid,   )
 Richard Durbin,Jon Kyl   )
Max Baucus, John D. Rockefeller IV,   )
Orrin G. Hatch, Chuck Grassley,   )
Charles B. Rangel, Sander M. Levin,   )
Sam Johnson, Wally Herger, Dave Camp,   )
Barry C. Black- U.S. Senate Chaplin,   )
Paul Franklin Crouch- President of TBN,   )
Janice Wendell Bethany Crouch – Vice   )
President and Director of Network   )
 Programming/TBN, and   )
Director/CEO of Holy Land Experience   )
Paul Crouch, Jr. ,Matthew Crouch,   )
Por Moises Sandoval, Bishop Cirilo Flores,   )
Father Troy Schneider, Father Nicolas Nguyen,   )
Father Daniel Reader, Father Martin Bui,   )
Father Duy Le, Father Quan Tran, Bishop Dominic )
Luong, Father Gerald D. Coleman,   )
Father  Michael-Dwightof St. Angela Merici-   )
Church of Brea, Rev. Timothy Freyer Pastor of   )
Saint Boniface Catholic Church of Anaheim   )
Rev. Gregory Marquez –Parochial  Vicar   of )
Saint Boniface Catholic Church of Anaheim,   )
Rev. Nicolas T. Nguyen – Parochial Vicar of    )
Saint Boniface Catholic Church of Anaheim,   )
Deacons-  Jay L. Milam, Cruz Pleitez,    )
Alfredo Hernandez of Pastor of   )
Saint Boniface Catholic Church of Anaheim,   )
Mario Delgado – Vocational Dir. Chicago-   )
 Illinois Brian Culley-C.M.F., Jose Sanchez,   )
C.M.F. –Vocational Directors of  The   )
Claretian Missionaries / Sons of the    )
Immaculate Heart of Mary, Father John   )
 Catoir- Director of The Christophers   )
Jim Towey – President & CEO of Ave Maria –   )
University, Nick Healy –President  Emeritus -  )
Of Ave Maria University, Archbishop Joseph  )
 Tobin, the American who serves as   )
secretary of the Vatican's Congregation for   )
 Institutes of Consecrated Life and Societies )
of Apostolic Life,  Paolo Cipriani - Vatican Bank's )
Chief Executive, Ettore Gotti Tedeschi- Vatican   )

3

Bank President,   HSBC Holdings Bank et al.,   )
**Stephen Green - Chairman of HSBC Holdings**   )
<u>Shell Oil Company et al.,</u>   )
Marvin E. Odum – President of Shell Oil Company   )
Rob Richardson- Assistant .Chief Executive of the Orange )
County District Attorneys Office,   )

John Welter - Chief of The Anaheim Police Department,   )

Craig Hunter-Deputy Chief Anaheim P.D.,   )


Captain Raul Quezada-Investigations Divisions-   )
Anaheim P.D., Captain Belinda Brewer –Operations   )
Support Division Anaheim P.D.,   )
Captain Mike Aquino-Operations Division Anaheim P.D., )
Captain Bob Conklin – Special operations Divisions   )


Gavin Newsom- Lt. Govornor State of California,   )
Dan Walters – Sacramento Bee  Newspaper Columnist   )
Victor Davis Hanson – Tribune Media Services   )
Tribune Company et al., **Sam Zell, Chairman**   )
**Tony Hunter & Eddy Hartenstein, Co-CEO**   )
**Publishers- Gerry Spector, COO**   )
**Nils Larsen, Chairman, Tribune Broadcasting -**   )
**Gary Weitman, SVP/Corporate Relations**   )
**Sean Compton, President Programming**   )
**& Entertainment, Tribune Broadcasting**   )
**Jerry Kersting, President Broadcasting**   )
**Judge Judith Sheindlin,**   )
Judge Marilyn Milian,   )
Judge Greg Mathis,   )
Judge Joseph "Joe" Brown   )
Michael Allen - California Assemblyman Santa Rosa, )
Diana Dooley – California Health & Human Services- )
SecretaryDr. Robert Knapp, ASH Medical Director   )
Dr. Joginder Singh, CSH Medical Director   )
Dr. Michael Barsom, MSH Medical Director   )
Dr. Anish Shah, NSH Medical Director (A)   )
Dr. George Christison, PSH Medical Director (A)   )
PENNY KNAPP-DMH Medical Director California   )
Michael Bay – Hollywood Director-Producer   )
Brett Ratner – Hollywood Motion Picture-   )
Director,   )
Governor- Rick Perry, Governor Mitt Romney,   )
Fred Karger,   )
Bonner, Jo   )
Roby, Martha   )
Rogers ( AL ), Mike   )
Aderholt, Robert   )
Brooks , Mo   )
Bachus, Spencer   )
Sewell, Terri A.   )
Young, Don   )
Faleomavaega, Eni F. H.   )
Gosar, Paul R.   )
Franks, Trent   )
Quayle, Ben   )
Pastor, Ed   )
Schweikert, David   )

4

| | |
|---|---|
| Flake, Jeff | ) |
| Grijalva, Raul | ) |
| Giffords, Gabrielle | ) |
| Crawford, Rick | ) |
| Griffin, Tim | ) |
| Womack, Steve | ) |
| Ross, Mike | ) |
| Thompson, Mike | ) |
| Herger, Wally | ) |
| Lungren, Daniel E | ) |
| McClintock, Tom | ) |
| Matsui, Doris O. | ) |
| Woolsey, Lynn | ) |
| Miller, George | ) |
| Lee, Barbara | ) |
| Garamendi, John | ) |
| McNerney, Jerry | ) |
| Speier, Jackie | ) |
| Stark, Fortney Pete | ) |
| Eshoo, Anna G. | ) |
| Honda, Mike | ) |
| Lofgren, Zoe | ) |
| Farr, Sam | ) |
| Cardoza, Dennis | ) |
| Denham, Jeff | ) |
| Costa, Jim | ) |
| Nunes, Devin | ) |
| McCarthy, Kevin | ) |
| Capps, Lois | ) |
| Gallegly, Elton | ) |
| McKeon, Buck | ) |
| Dreier, David | ) |
| Sherman, Brad | ) |
| Berman, Howard | ) |
| Schiff, Adam | ) |
| Waxman, Henry | ) |
| Becerra, Xavier | ) |
| Chu, Judy | ) |
| Bass, Karen | ) |
| Roybal-Allard, Lucille | ) |
| Waters, Maxine | ) |
| Hahn, Janice | ) |
| Richardson, Laura | ) |
| Napolitano, Grace | ) |
| Sanchez, Linda | ) |
| Royce, Ed | ) |
| Lewis, Jerry | ) |
| Miller, Gary | ) |
| Baca, Joe | ) |
| Calvert, Ken | ) |
| Bono, Mary | ) |
| Rohrabacher, Dana | ) |
| Sanchez, Loretta | ) |
| Campbell, John | ) |
| Issa, Darrell | ) |
| Bilbray, Brian P. | ) |
| Filner, Bob | ) |
| Hunter, Duncan D. | ) |
| Davis, Susan | ) |
| DeGette, Diana | ) |
| Polis, Jared | ) |
| Tipton, Scott | ) |
| Gardner, Cory | |

| | |
|---|---|
| Lamborn, Doug | ) |
| Coffman, Mike | ) |
| Perlmutter, Ed | ) |
| Larson, John B. | ) |
| Courtney, Joe | |
| DeLauro, Rosa L. | |
| Himes, Jim | |
| Murphy, Christopher S. | |
| Carney, John | |
| Norton, Eleanor Holmes | |
| Miller, Jeff | |
| Southerland, Steve | ) |
| Brown, Corrine | |
| Crenshaw, Ander | |
| Nugent, Richard | |
| Stearns, Cliff | |
| Mica, John | |
| Webster, Daniel | |
| Bilirakis, Gus M. | |
| Young, C.W. Bill | ) |
| Castor, Kathy | |
| Ross, Dennis | |
| Buchanan, Vern | |
| Mack, Connie | |
| Posey, Bill | |
| Rooney, Tom | |
| Wilson, Frederica | ) |
| Ros-Lehtinen, Ileana | |
| Deutch, Ted | |
| Wasserman Schultz, Debbie | |
| Diaz-Balart, Mario | |
| West, Allen | |
| Hastings, Alcee L. | ) |
| Adams, Sandy | |
| Rivera, David | |
| Kingston, Jack | |
| Bishop Jr., Sanford D. | |
| Westmoreland, Lynn A. | |
| Johnson, Henry C. "Hank" Jr. | |
| Lewis, John | |
| Price, Tom | ) |
| Woodall, Robert | |
| Scott, Austin | |
| Graves, Tom | |
| Broun, Paul C. | |
| Gingrey, Phil | |
| Barrow, John | ) |
| Scott, David | |
| Bordallo, Madeleine | |
| Hanabusa, Colleen | |
| Hirono, Mazie K. | |
| Labrador, Raul R. | |
| Simpson, Mike | |
| Rush, Bobby L. | |
| Jackson Jr., Jesse L. | |
| Lipinski, Daniel | |
| Gutierrez, Luis | |
| Quigley, Mike | |
| Roskam, Peter J. | |
| Davis, Danny K. | |
| Walsh, Joe | ) |
| Schakowsky, Jan | |
| Dold, Robert | |

| | |
|---|---|
| Kinzinger, Adam | ) |
| Costello, Jerry | |
| Biggert, Judy | |
| Hultgren, Randy | |
| Johnson, Timothy V. | |
| Manzullo, Donald | |
| Schilling, Bobby | |
| Schock, Aaron | |
| Shimkus, John | ) |
| Visclosky, Peter | |
| Donnelly, Joe | ) |
| Stutzman, Marlin | |
| Rokita, Todd | ) |
| Burton, Dan | |
| Pence, Mike | |
| Carson, André | |
| Bucshon, Larry | |
| Young, Todd | |
| Braley, Bruce L. | ) |
| Loebsack, David | |
| Boswell, Leonard | |
| Latham, Tom | |
| King, Steve | ) |
| Huelskamp, Tim | |
| Jenkins, Lynn | |
| Yoder, Kevin | |
| Pompeo, Mike | |
| Whitfield, Ed | |
| Guthrie, S. Brett | ) |
| Yarmuth, John A. | |
| Davis, Geoff | |
| Rogers, Harold | |
| Chandler, Ben | |
| Scalise, Steve | |
| Richmond, Cedric | |
| Landry, Jeffrey | ) |
| Fleming, John | |
| Alexander, Rodney | |
| Cassidy, William | |
| Boustany Jr., Charles W. | |
| Pingree, Chellie | |
| Michaud, Michael | |
| Harris, Andy | |
| Ruppersberger, Dutch | |
| Sarbanes, John P. | |
| Edwards, Donna F. | ) |
| Hoyer, Steny H. | |
| Bartlett, Roscoe | |
| Cummings, Elijah | |
| Van Hollen, Chris | |
| Olver, John | |
| Neal, Richard E. | |
| McGovern, James | |
| Frank, Barney | |
| Tsongas, Niki | ) |
| Tierney, John | |
| Markey, Ed | |
| Capuano, Michael E. | |
| Lynch, Stephen F. | |
| Keating, William | |
| Benishek, Dan | |
| Huizenga, Bill | |
| Amash, Justin | ) |

| | |
|---|---|
| Camp, Dave | ) |
| Kildee, Dale | |
| Upton, Fred | |
| Walberg, Tim | |
| Rogers (MI), Mike | |
| Peters, Gary | |
| Miller, Candice | |
| McCotter, Thaddeus | |
| Levin, Sander | |
| Clarke, Hansen | ) |
| Conyers Jr., John | |
| Dingell, John | |
| Walz, Timothy J. | |
| Kline, John | |
| Paulsen, Erik | |
| McCollum, Betty | |
| Ellison, Keith | |
| Bachmann, Michele | |
| Peterson, Collin C. | ) |
| Cravaack, Chip | |
| Nunnelee, Alan | |
| Thompson, Bennie G. | |
| Harper, Gregg | |
| Palazzo, Steven | |
| Clay Jr., William "Lacy" | |
| Akin, Todd | ) |
| Carnahan, Russ | |
| Hartzler, Vicky | |
| Cleaver, Emanuel | |
| Graves, Sam | |
| Long, Billy | |
| Emerson, Jo Ann | ) |
| Luetkemeyer, Blaine | |
| Rehberg, Dennis | |
| Fortenberry, Jeff | |
| Terry, Lee | |
| Smith, Adrian | |
| Berkley, Shelley | |
| Heller, Dean -- Vacancy | ) |
| Heck, Joe | |
| Guinta, Frank | |
| Bass, Charles | |
| Andrews, Robert E. | |
| LoBiondo, Frank | |
| Runyan, Jon | |
| Smith, Chris | |
| Garrett, Scott | |
| Pallone Jr., Frank | ) |
| Lance, Leonard | |
| Pascrell Jr., Bill | |
| Rothman, Steven | |
| Payne, Donald M. | |
| Frelinghuysen, Rodney | |
| Holt, Rush | |
| Sires, Albio | ) |
| Heinrich, Martin T. | |
| Pearce, Steve | |
| Lujan, Ben R. | |
| Bishop, Timothy | |
| Israel, Steve | |
| King, Pete | |
| McCarthy, Carolyn | |
| Ackerman, Gary | ) |

| | |
|---|---|
| Meeks, Gregory W. | ) |
| Crowley, Joseph | |
| Nadler, Jerrold | |
| Weiner, Anthony -- Vacancy | |
| Towns, Edolphus | ) |
| Clarke, Yvette D. | |
| Velázquez, Nydia M. | |
| Grimm, Michael | |
| Maloney, Carolyn | ) |
| Rangel, Charles B. | |
| Serrano, José E. | |
| Engel, Eliot | |
| Lowey, Nita | |
| Hayworth, Nan | ) |
| Gibson, Chris | |
| Tonko, Paul D. | |
| Hinchey, Maurice | |
| Owens, Bill | |
| Hanna, Richard | ) |
| Buerkle, Ann Marie | |
| Hochul, Kathy | |
| Higgins, Brian | |
| Slaughter, Louise | |
| Reed, Tom | |
| Butterfield, G.K. | |
| Ellmers, Renee | ) |
| Jones, Walter B. | |
| Price, David | |
| Foxx, Virginia | |
| Coble, Howard | |
| McIntyre, Mike | |
| Kissell, Larry | |
| Myrick, Sue | ) |
| McHenry, Patrick T. | |
| Shuler, Heath | |
| Watt, Mel | |
| Miller, Brad | |
| Berg, Rick | |
| Sablan, Gregorio | |
| Chabot, Steve | ) |
| Schmidt, Jean | |
| Turner, Michael | |
| Jordan, Jim | |
| Latta, Robert E. | |
| Johnson, Bill | ) |
| Austria, Steve | |
| Boehner, John A. | |
| Kaptur, Marcy | |
| Kucinich, Dennis J. | |
| Fudge, Marcia L. | ) |
| Tiberi, Pat | |
| Sutton, Betty | |
| LaTourette, Steven C. | |
| Stivers, Steve | |
| Renacci, Jim | |
| Ryan, Tim | ) |
| Gibbs, Bob | |
| Sullivan, John | |
| Boren, Dan | |
| Lucas, Frank | |
| Cole, Tom | |
| Lankford, James | ) |
| Wu, David -- Vacancy | |

9

| | |
|---|---|
| Walden, Greg | ) |
| Blumenauer, Earl | |
| DeFazio, Peter | |
| Schrader, Kurt | |
| Brady, Robert | |
| Fattah, Chaka | |
| Kelly, Mike | |
| Altmire, Jason | |
| Thompson, Glenn W. | ) |
| Gerlach, Jim | |
| Meehan, Pat | |
| Fitzpatrick, Michael G. | |
| Shuster, Bill | |
| Marino, Tom | |
| Barletta, Lou | |
| Critz, Mark | |
| Schwartz, Allyson Y. | ) |
| Doyle, Mike | |
| Dent, Charles W. | |
| Pitts, Joseph R. | |
| Holden, Tim | |
| Murphy, Tim | |
| Platts, Todd | |
| Pierluisi, Pedro | |
| Cicilline, David | ) |
| Langevin, Jim | |
| Scott, Tim | |
| Wilson, Joe | |
| Duncan, Jeff | |
| Gowdy, Trey | |
| Mulvaney, Mick | |
| Clyburn, James E. | ) |
| Noem, Kristi | |
| Roe, Phil | |
| Duncan Jr., John J. | |
| Fleischmann, Chuck | |
| DesJarlais, Scott | |
| Cooper, Jim | |
| Black, Diane | |
| Blackburn, Marsha | ) |
| Fincher, Stephen | |
| Cohen, Steve | |
| Gohmert, Louie | |
| Poe, Ted | |
| Johnson, Sam | |
| Hall, Ralph M. | |
| Hensarling, Jeb | |
| Barton, Joe | |
| Culberson, John | |
| Brady, Kevin | |
| Green, Al | |
| McCaul, Michael T. | |
| Conaway, K. Michael | ) |
| Granger, Kay | |
| Thornberry, Mac | |
| Paul, Ron | |
| Hinojosa, Rubén | |
| Reyes, Silvestre | |
| Flores, Bill | |
| Jackson Lee, Sheila | |
| Neugebauer, Randy | |
| Gonzalez, Charlie A. | |
| Smith, Lamar | ) |

10

...

Olson, Pete                                 )  
Canseco, Francisco  
Marchant, Kenny  
Doggett, Lloyd  
Burgess, Michael  
Farenthold, Blake  
Cuellar, Henry  
Green, Gene  
Johnson, Eddie Bernice                      )  
Carter, John  
Sessions, Pete  
Bishop, Rob  
Matheson, Jim  
Chaffetz, Jason  
Welch, Peter  
Christensen, Donna M.,  
Wittman, Robert J.                          )  
Rigell, Scott  
Scott, Robert C.  
Forbes, J. Randy  
Hurt, Robert  
Goodlatte, Bob  
Cantor, Eric  
Moran, James                                )  
Griffith, Morgan  
Wolf, Frank  
Connolly, Gerald E. "Gerry"  
Inslee, Jay  
Larsen, Rick  
Herrera Beutler, Jaime  
Hastings, Doc                               )  
McMorris Rodgers, Cathy  
Dicks, Norman D.  
McDermott, Jim  
Reichert, David G.  
Smith, Adam  
McKinley, David  
Capito, Shelley Moore  
Rahall, Nick  
Ryan, Paul  
Baldwin, Tammy                              )  
Kind, Ron                                   )  
Moore, Gwen                                 )  
Sensenbrenner, F. James                     )  
Petri, Thomas                               )  
Duffy, Sean P.                              )  
Ribble, Reid                                )  
Lummis, Cynthia M                           )  
& All Related Defendants                    )  

Defendant,s

## Petition For Appeal , Writ of Habeas Corpus  & Maladministration Proceeding Under "28  U.S.C.A § 2241. Power To Grant Writ

Honorable Chief Judge of the United States District Court for the District of Colorado Mr. Daniel, I am respectfully requesting a waiver of "Civ.R.23(b)(2)(e) fees associated with this case". I have submitted a Application to Proceed In *"Forma Pauperis"* I am respectfully requesting that the Court grant a Writ of Habeas Corpus under " 28 U.S.C.A § 2241. Power to grant Writ "Citing Prima Facia:" evidence submitted to the court and related cases. I ask the court respectfully to proceed under "28 U.S.C.A § 1407.(a)(b)(c)(i) and § 1496." I am respectfully requesting the court to proceed under "18 U.S.C.A § 401., § 402. Contempts Constituting Crimes" provided in section 3691 of this title. I am respectfully petitioning the court for a Writ of Habeas Corpus proceeding under "18 U.S.C.A § 981.(a)(1)(D)(ii)(iii)(k)(1)(3), § 982.(a)(1), § 983.(a)(II), § 1341., § 1343., § 1344.(1)(2), § 1342.(1)(2), § 1348.(1)(2),  § 1349., § 1362.1363.,"}" 18 U.S.C.A § 1006.,1007., § 1031.(a)(1)(2), § 1029.(a)(5), § 1032.(1)(2)(3), § 1691." "18 U.S.C.A § 402.,432,1505.,1516,1519,1521,3285.,1349.& 1362"18 U.S.C.A.§2261A.(1)(2)(A)(B), §2257A.(2)", §1505., §1510., §2231(a)., §2232(b), §2236., §2721.(a)(1)(2), §2518.(1), § 3521, § 3525.(a), § 3553.(a),(2),(C),(D), § 3554., § 3556., § 3559.(c)(l)(ii)(B)(C)(F)(i), § 1691, § 1711., § 1712.,1716.(h)(j)(i)(2), § 1616C., 1717.(a)(b), § 1720., § 1721., § 1726, § 1751.(c)(d)(e)(g)(h)(k), § 1752. (a)(1)(2)(3)(4)(5)(b)(c)(d)(e)[f Redesign ate] to The U.S. District Court of Colorado' due to violations of 18 U.S.C.A § 1836.(a),(b), § 1838. § 1911.., § 1913., § 1917.(1),(2),(3),(4), § 1917.(1),(2),(3),(4) "18 U.S.C.A. § 1922., § 1923.(1), § 1924.(a), § 2112., § 2113.(a)_ (b),(c),(d),(f),(g),(h)_(1)(2).

Your Honor I am alleging these violation are pursuant to "18 U.S.C.A § 2441.(a)(d)(B)" Cruel and Inhuman treatment towards me to date 12/02/2010, and Violation of "18 U.S.C.A. § 2.(a)(b),§3.,§4.,§ 111.(a)(1)(2)" Section 2255"Crim.R.4.(a)(b)"83 Harv.L.Rev.at 1207-1208. "Crim.R.7.(a)(b)(c)","Crim.R.8.(a),(b),(c),(d)"18 U.S.C. §1512 (b),"Crim.R.12."§35.2 Manual for Complex Litigation, Fourth,,18 U.S.C. §§ 1961–1968 (West 2003,"18,U.S.C. § 1113,Violation of Pub.L.96-456, October 15, 1980,94 Stat.2025 § 7. Interlocutory Appeal Amendment of

Subsection (b) & U.S.C. Title VII of the Civil Rights Act of 1964 The Defendants denied my access to U.S. Federal Courts. The Defendants failed to provide rights to a crime under the crime Victim' RIGHTS ACT OF 2004 ; Procedures to Promote Compliance with Crime Victims' Rights Obligations, 28 C.F.R. § 45.10,"18 U.S.C.A. §

471.,472.,473.,474.(a),475.,476.,477.,480.,482.,
483.,484.,491.(a)(b)(c),1348.(1)(2), 1349.Violation of
"2 U.S.C..§ 475.(a),(b),(d),(e),(f) Pub Law 96-354, The Analysis of
Regulatory Functions Executive Order 12291(1981).

I am requesting subsistence of evidence in a case currently in the U.S. First
Circuit of Appeals (Case No. 10-8040) and that was before the U.S. Court
for Veterans Claims & The U.S. Court of Appeals For the Sixth
Circuit and the U.S. District Court - Southern District of Florida, Case No:
1:11-cv-22833-JEM. I am respectfully requesting to admit all evidence and
discovery under "Civ.R.104.(b),401., 402. " 28 U.S.C.A § 286., § 288., §
371.,§ 373., §514. § 595. Your Honor I submit these allegations pursuant to
"18 U.S.C.A 3103a.(a).

I respectfully ask the court to proceed under "18 U.S.C.A § 2231.(a), §
2232.(b), § 3103a.(a) , Additional grounds for issuing warrant (a) In
General,
(18 U.S.C.A § 3237. Offenses begun in one district and completed in
Another"MCL § 35.1 691, MCL § 35.2,69235.2 (Fourth) 2526.Persons".
"Citing violations to "18 U.S.C. 1962 (a),(b),(c) or (d).Liability under "MCL
§ 35.2 2527.

I respectfully motion the court to proceed in accordance with "Civ.R. 3292"
Suspension of limitations to permit the United States of America to obtain
foreign evidence}pursuant to "18 U.S.C.A § 3222. Disclosure in certain
matters occurring before a grand jury,Persuant to "28 U.S.C.. §§ 351-364
RCPC 40.3" Citing the U.S. Judicial Conference Governing Complaints of
Misconduct, "28 U.S.C. § 2243.Pp.394 U.S. 290, 394 U.S. 298-300."
"quoting 141 Cong. Rec.. H2771 (daily ed. Mar 7, 1995,961 F. Supp.".
( 8 Wallace 533, 19 1. Ed 482 (1869)", "& ( 9 Wheaton 1: (1824) "
Thank you.

| | |
|---|---|
| _August 13, 2011_ | _DIgital_____ |
| Date: | Signature of Attorney of Record |

 Azael Dythian Perales

(Printed Name)

13

<u>Post Office Box 501 (Homeless)</u>

<u>Fullerton, CA 92836</u>

(714) 404-2434

<u>Telephone number)</u>